## WORTHINGTON CORP. *v.* MLODOZENIEC ET AL.

No. 515. Decided January 9, 1961.

*Benedict T. Mangano* for appellant.

*Louis J. Lefkowitz,* Attorney General of New York, *Paxton Blair,* Solicitor General, and *Roy Wiedersum* and *Gilbert M. Landy,* Assistant Attorneys General, for appellees.

PER CURIAM.

The motion to dismiss is granted and the appeal is dismissed. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari is denied.

## COUNTY OF LAWRENCE ET AL. *v.* UNITED STATES.

No. 528. Decided January 9, 1961.

*Robert C. Lea, Jr.* for appellants.

*Solicitor General Rankin,* Assistant Attorney General *Morton* and *Roger P. Marquis* for the United States.

PER CURIAM.

The motion to affirm is granted and the judgment is affirmed.